ELMORE TREGRE, II

VERSUS

BIS SERVICES, LLC, ET AL.

NO. 23-C-124

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

November 04, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, Jude G. Gravois, Marc E. Johnson, and Robert A. Chaisson

**DENIED WITH REASONS**

    **MEJ**
    **FHW**
    **RAC**

**CONCURS WITH REASONS**

    **SMC**

**CONCURS IN THE DENIAL OF THE
APPLICATION FOR REHEARING FOR THE
REASONS ASSIGNED BY CHEHARDY, C.J.**
    **JGG**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

**JOHNSON, J.**

Relator seeks reconsideration of this Court's denial of its writ application number 23-C-124.

Uniform Rules-Courts of Appeal, Rule (URCA) 2-18.7 provides as follows:

**2-18.7. When Rehearing Will Be Considered**

An application for rehearing will be considered in cases where the court has:

(A) Granted a writ application on the merits;

(B) Dismissed an appeal; or

(C) Ruled on the merits of an appeal.

URCA Rule 4-9 provides that "Rules 2-18.1 through 2-18.7 apply to requests for rehearings related to writ applications." Because Relator's writ application was denied, Relator is not entitled to a rehearing.

Further, the majority of the five-judge panel that heard the matter on October 16, 2023 finds Relator's argument that the opinion in this case cannot be reconciled with the Court's opinion in *Gerald P. Snyder v. Donovan D. Bourgeios,* 22-598 (La. App. 5 Cir. 10/4/23), --- So.3d ---- (2023 WL 6453734), or the Supreme Court's decision in *Farrell v. Circle K Stores, Inc.,* 22-00849 *(*La. 3/17/23), 359 So.3d 467, is without merit. The instant case is factually distinguishable from *Snyder* and *Farrell*.[1] The allegedly unreasonably hazardous condition was present at the end of the entrance/exit of the AWAR (All Weather

---

[1] See *Farrell*, 359 So.3d at 474-475:

> Thus, it is conceivable that an allegedly hazardous condition, as alleged in this case, located at the entrance to the store, may ultimately be determined to be unreasonably dangerous; whereas, the same condition, located in the corner of a parking lot, may not be unreasonably dangerous because the likelihood and magnitude of harm is vastly different. It is also relevant that the pool of water was not located in a customarily traversed area, such as the entrance to the store, where patrons would likely encounter it or be forced to encounter it to go into the location.

Access Road), the AWAR was required to remain open for use by pedestrians and cyclists throughout the levee armoring project, and contract terms required BIS to keep the AWAR free and clear of debris.

Based on the foregoing, Relator's request for rehearing is denied.

ELMORE TREGRE, II

VERSUS

BIS SERVICES, LLC, ET AL.

NO. 23-C-124

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

23-C-124

## **CHEHARDY, C.J., CONCURS WITH REASONS**

I concur with the panel's decision to deny rehearing, because a request for rehearing from the denial of a writ application is not permitted under the Uniform Rules – Courts of Appeal, Rules 4-9 and 2-18.7. Were it not for this procedural prohibition, I would grant rehearing for the reasons discussed in my dissent.

ELMORE TREGRE, II                           NO. 23-C-124

VERSUS                                      FIFTH CIRCUIT

BIS SERVICES, LLC, ET AL.                   COURT OF APPEAL

                                            STATE OF LOUISIANA


**GRAVOIS, J., CONCURS IN THE DENIAL OF THE APPLICATION FOR REHEARING FOR THE REASONS ASSIGNED BY CHEHARDY, C.J.**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **11/04/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**23-C-124**

*Curtis B. Pursell*

**CURTIS B. PURSELL**
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Hon. Scott U. Schlegel (District Judge)
Hon. Joseph A. Marino, III (District Judge)

David P. Salley (Respondent)
Kirk N. Aurandt (Relator)
Alex P. Tilling (Respondent)
Trevor M. Cutaiar (Respondent)

Michael W. Rutledge (Respondent)
Michael W. McMahon (Relator)
James A. Prather (Respondent)

Stephen C. Resor (Respondent)

### MAILED

James G. Albertine, III (Respondent)
Robert L. Keller, II (Respondent)
Attorney at Law
365 Canal Street
Suite 1710
New Orleans, LA 70130

John Zazulak (Respondent)
Attorney at Law
701 Poydras Street
Suite 600
New Orleans, LA 70139

Joshua Dierker (Respondent)
Attorney at Law
Three Sanctuary Boulevard
Third Floor
Mandeville, LA 70471